```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

BRUCE KLASTOW,                   :    CIVIL ACTION
                                 :    NO. 10-6079
      Plaintiff,                 :
                                 :
   v.                            :
                                 :
NEWTOWN FRIENDS SCHOOL,          :
                                 :
      Defendant.                 :

## O R D E R

**AND NOW**, this **6th** day of **June, 2012,** for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment (ECF No. 14) is **GRANTED.**

**IT IS FURTHER ORDERED** that Defendant's Motion for Leave to File a Reply Brief (ECF No. 16) is **GRANTED.**[1]

**AND IT IS SO ORDERED.**

                              /s/ Eduardo C. Robreno
                         **EDUARDO C. ROBRENO, J.**

---

[1] The Court considered the substance of this brief in its disposition of Defendant's Motion for Summary Judgment.